United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02177-HWV
Juliet Anne Fuller Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 2
Date Rcvd: Sep 25, 2026 Form ID: ntcnfhrg Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juliet Anne Fuller, 457 Heisey Road, Mechanicsburg, PA 17055-9773 |
| 5822428 | | Penn State Health HMC, ATTN: Patient Financial Services, MC A410 PO Box 853, Hershey, PA 17033 |
| 5822431 | + | Sadler Health Care, 100 N. Hanover Street, Carlisle, PA 17013-2421 |
| 5822433 | + | The Bank of New York Mell, PO Box 65777, Salt Lake City, UT 84165-0777 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 25 2026 18:57:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5828252 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 18:56:40 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5822424 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Sep 25 2026 18:58:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 5822425 | ^ | MEBN | Sep 25 2026 18:52:12 | KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 5822426 | + | Email/Text: bankruptcy@sccompanies.com | Sep 25 2026 18:58:00 | MIDNIGHT VELVET, ATTN: BANKRUPTCY, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5822427 | | Email/Text: ml-ebn@missionlane.com | Sep 25 2026 18:57:00 | MISSION LANE TAB BANK, PO BOX 105286, ATLANTA, GA 30348 |
| 5822429 | ^ | MEBN | Sep 25 2026 18:52:45 | PPL Electric Utilities Corp, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5822430 | + | Email/Text: RASEBN@raslg.com | Sep 25 2026 18:57:00 | Robertson, Anschutz, Schneid, Crane, 133 Gaither Drive, Ste F, Mount Laurel, NJ 08054-1710 |
| 5822432 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 25 2026 18:58:00 | Select Portfolio Servicing, Inc, Account Correspondence, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5825248 | + | Email/Text: RASEBN@raslg.com | Sep 25 2026 18:57:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5822434 | + | Email/Text: BNCnotices@dcmservices.com | Sep 25 2026 18:57:00 | UPMC HEALTH SERVICES BK NOTICES, PO BOX 1123, Minneapolis, MN 55440-1123 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Juliet Anne Fuller DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jordan Matthew Katz | on behalf of Creditor The Bank of New York Mellon jkatz@raslg.com |
| Maggie Soboleski | on behalf of Creditor The Bank of New York Mellon as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 Mortgage-Backed Notes and Certificates, Series 2010-16 msoboleski@kmllawgroup.com |
| Robert Shearer | on behalf of Creditor The Bank of New York Mellon as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 Mortgage-Backed Notes and Certificates, Series 2010-16 rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Juliet Anne Fuller,<br>aka Juliet Anne Marie Fuller, aka Juliet Marie Fuller, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:26−bk−02177−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 28, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: November 4, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 25, 2026 |

ntcnfhrg (08/21)